**UNITED STATES of America,**
**Appellee,**

v.

**Daniel F. WARD, Appellant.**

**No. 02–3292.**

United States Court of Appeals,
Eighth Circuit.

Submitted Jan. 15, 2003.

Decided Jan. 22, 2003.

Before WOLLMAN, FAGG, and LOKEN, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Daniel Ward pleaded guilty to health care fraud, in violation of 18 U.S.C. §§ 1347 and 2. After increasing Ward's base offense level for abusing a position of public or private trust, the district court [1] imposed a sentence of 5 months imprisonment and 5 months home detention, 3 years supervised release, and restitution of $49,944.01. On appeal, counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the district court erred in applying the abuse-of-trust increase.

The district court did not err. Ward occupied a position of trust—which he abused—with respect to Medicare, because he was able to defraud Medicare by certifying that in his professional judgment

treatment was medically necessary and had been provided. *See* U.S.S.G. § 3B1.3, comment. (n.1); *United States v. Hodge,* 259 F.3d 549, 556–57 (6th Cir.2001); *United States v. Hoogenboom,* 209 F.3d 665, 671 (7th Cir.2000); *United States v. Rutgard,* 116 F.3d 1270, 1293 (9th Cir.1997). Further, having reviewed the record under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issue.

Accordingly, we grant counsel's motion to withdraw, and we affirm.

A true copy.

A true copy.

1. The HONORABLE MICHAEL J. DAVIS, United States District Judge for the District of Minnesota.